Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–256. GATHRIGHT, CORRECTIONAL SUPERINTENDENT *v.* CAMPBELL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stone* v. *Powell,* 428 U. S. 465 (1976).

No. 76–5884. GARNER *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. On representation of the Acting Solicitor General set forth in his memorandum for the United States filed March 17, 1977, judgment vacated, and case remanded for reconsideration in light of position presently asserted by the Government. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST would deny the petition for writ of certiorari.

No. A–732 (76–833). MORROW *v.* GREYHOUND LINES, INC., 429 U. S. 1095. Application to stay effectiveness of order denying certiorari pending timely filing of petition for rehearing, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. D–79. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 429 U. S. 937.]

No. D–82. IN RE DISBARMENT OF KOCH. Disbarment entered. [For earlier order herein, see 429 U. S. 954.]

No. D–83. IN RE DISBARMENT OF BRIN. Disbarment entered. [For earlier order herein, see 429 U. S. 954.]

No. D–84. IN RE DISBARMENT OF EDELSTEIN. Disbarment entered. [For earlier order herein, see 429 U. S. 954.]